UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARK SUSSMAN, et al.,

                    Plaintiffs,                16-cv-7659 (PKC)

         -against-

                                            ORDER

NYP HOLDINGS, INC., et al.,

                    Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

          The Court will hear oral arguments concerning defendant Newspaper and Mail Deliverer's Union of New York and Vicinity's motion for summary judgment (Doc. 69) on February 7, 2020 at 3:45 p.m.

          SO ORDERED.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
         January 31, 2020