

Epstein Drangel LLP

60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

February 11, 2020

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*Feb 20 conference
is VACATED
Pl. File default motion
by March 20.
SO ORDERED
/s/ P. Kevin Castel USDJ
2-11-20*

Re: *Ideavillage Products Corp. v. 123LOPF//V, et al.*
Case No. 19-cv-9159 (PKC)
**Status Letter and Request to 1) Indefinitely Adjourn the Conference and 2) Move for Default Judgment**

Dear Judge Castel,

We represent Plaintiff Ideavillage Products Corp. ("Plaintiff" or "Ideavillage") in the above-referenced action.[1] At the October 25, 2019 Show Cause Hearing for a preliminary injunction, the Court scheduled a conference for February 20, 2020 at 11:00 a.m. For the reasons set forth below – namely that all remaining Defendants have defaulted – Plaintiff respectfully requests that the Court 1) indefinitely adjourn the February 20, 2020 Conference; and 2) allow Plaintiff to move for default judgment against the remaining Defendants by no later than March 20, 2020.

On October 3, 2019, Plaintiff filed this action and on the same day, the Court granted Plaintiff's *ex parte* Application and entered the Temporary Restraining Order ("TRO"). On October 16, 2019, Plaintiff served the Summons, Complaint, TRO and all documents filed in support of Plaintiff's Application on Defendants pursuant to the methods of alternative service authorized by the TRO. As such, all Defendants should have filed an Answer or Rule 12 Motion with the Court and served Plaintiff's counsel with their respective Answers or Rule 12 Motions on or before November 6, 2019. To date, Defendants have neither filed with the Court nor served upon Plaintiff an Answer or Rule 12 Motion, and forty-three (43) out of forty-four (44) Defendants remain in this action and have defaulted.[2] Therefore, Plaintiff respectfully requests that the Court 1) indefinitely adjourn the February 20, 2020 Conference; and 2) allow Plaintiff to move for default judgment against the remaining Defendants by no later than March 20, 2020.

We thank the Court for its time and attention to this matter.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in the Complaint or Application.

[2] The following one (1) Defendant was voluntarily dismissed from the action: Gosear.

Hon. P. Kevin Castel
February 11, 2020
Page 2

                              Respectfully submitted,

                              **EPSTEIN DRANGEL LLP**

                              BY: /s/ Brieanne Scully
                              Brieanne Scully (BS 3711)
                              bscully@ipcounselors.com
                              60 East 42nd Street, Suite 2520
                              New York, NY 10165
                              Telephone: (212) 292-5390
                              Facsimile: (212) 292-5391
                              *Attorneys for Plaintiff*