UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARK SUSSMAN, et al.,

                Plaintiffs,           16-cv-7659 (PKC)

   -against-

                        ORDER

NYP HOLDINGS, INC., et al.,

                Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

       The parties are encouraged to consider consenting to conducting all further proceedings in this action before a Magistrate Judge. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences but shall advise the Court of their decision in writing within 14 days.

       If the parties decline to consent, as is their right, the Court promptly will enter an Order scheduling further proceedings in this action.

       SO ORDERED.

                                           P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
        February 12, 2020