UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Sussman, et al.,

           Plaintiff(s),           16-cv-7659 (PKC)

  -against-           ORDER

NYP Holdings, Inc., et al.,

           Defendant(s).

―――――――――――――――――――――――

CASTEL, United States District Judge.

      The final pretrial conference originally scheduled for May 21, 2020 is adjourned to September 2, 2020 at 12:00 p.m. in Courtroom 11D.

      SO ORDERED.

                                     P. Kevin Castel
                                United States District Judge

Dated: New York, New York
       May 13, 2020