UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARK SUSSMAN, STEFANI LOMBARDI, and
TERANCE BRIGHT,

                    Plaintiffs,                    16-cv-7659 (PKC)

     -against-                                    ORDER

NEWSPAPER AND MAIL DELIVERERS'
UNION OF NEW YORK AND VICINITY,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Trial in this matter will proceed as scheduled on September 29, 2020 at 10:00 a.m. in Courtroom 26B. To facilitate access to the Courthouse on each day of the trial, follow the instructions attached to this Order. Remote public access to this proceeding is available through the following call-in information:

       Dial-in:       (888) 363-4749

       Access Code:   3667981

       SO ORDERED.

                                                      P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
         September 28, 2020

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.