UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARK SUSSMAN, STEFANI LOMBARDI and
TERANCE BRIGHT,

                  Plaintiffs,                                16 **CIVIL** 7659 (PKC)

             -against-                               **JUDGMENT**

NEWSPAPER AND MAIL DELIVERERS'
UNION OF NEW YORK AND VICINITY,
                Defendant.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable P. Kevin Castel, United States District Judge, Plaintiff Mark Sussman, Stefani Lombardi and Terance Bright have judgment as against the defendant as follows:

       In favor of Mark Sussman for lost earnings in the amount of $95,000; agency fees paid to union in the amount of $412.00; and emotional distress in the amount of $190,000.

       In favor of Stefani Lombardi for lost earnings in the amount of $95,000; and emotional distress in the amount of $190,000.

       In favor of Terance Bright for lost earnings in the amount of $95,000; agency fees paid to union in the amount of $4,640.00; and emotional distress in the amount of $190,000.

DATED: New York, New York
           October 7, 2020

                                                                   **RUBY J. KRAJICK**

So Ordered:                                                   **Clerk of Court**

                                                             BY:

**U.S.D.J.**                                                        **Deputy Clerk**